**FILED**

**July 21, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Mr. Devin D. Holman.
U.S.M. No: 82114-511.
Core Civic Eden detention Center.
P.O. Box. 605.
Eden. Tx. 76837.


Local Notice of intent.
Exhaustion of administrative remedies.
Pursuant to.. Title 5. U.S.C. Section 702.
1. Petitioner, Devin Maurice Holman,
Move to Invoke my (Right of review).
And hereby file this petition and (as
Collecting exhibits)

In Conjunction with.

1.) Administrative office of the United States
Courts.
Marshall Federal Judicary Building
One. Columbus Circle. NE.
Washington. D.C. 20544.

2.) United States Attorney.
U.S. Attorney's office.
1000. Louisiana. St. Suite. 2300.
Houston. Texas. 77002.

(1.)

3.) U.S. Dept. of Justice.
   (F.B.I. Division.)
950. Pennsylvania ave. N.w.
Washington. D.C. 20530. 0001.

4.) Hon. Judge. James. wesley. Hendrix.
United States District Court.
Northern District of Texas
   Lubbock. Division
1205. Texas ave.
Lubbock. Tx. 79401.

Statement of facts.

On. May 14. 2025. 1. Devin Maurice Holman,
suffered a legal wrong.. to my constitutional
rights. In the United States District Court
Northern District of Texas.

In violation. of Neglect of duty, and Omission
of office. by both U.S.D.C. Northern District
of Texas. Magistrate Judge John R. Parker
and. Doss. whitney. Althausen.
In violation of Federal Rules of Criminal Procedures
Rule. 603.02.

( 2 ).

when in fact. On May 14, 2025, illegally and wrongfully endorsing and signing off on the false and fabricated criminal complaint and affidavit of Texas ranger John Bradford.

That in which attached exhibit(s) A thru O. Clearly Substantiate.

i.) Texas ranger. John Bradford. violated 18. U.S.C. Section. 913. falsely impersonating a federal agent. and employee of the United States. (see. attached exhibit. A.).

However a recent Google Search, reviewed as shown in attached exhibit. O.

as Quoted:

No, a person cannot Simultaneously be an F.B.I. Special agent. and a Texas ranger as a permanent dual employee. Both Law enforcement agencies require full-time, exclusive employment. commitment. Making it logistically, legally, and contractually impossible to be hired by both a State and federal agency at the same time.

_3 )

However, there is an exception regarding how their powers overlap.

## Joint Task Forces.

While you cannot collect two seperate paychecks from both agencies, a Texas Ranger can temporarily gain federal authority by being assigned to a federal Joint Task Force.

## Statement of fact.

Hon. Judge James Wesley Hendrix. is in fact a <u>witness to</u>. On April 8 or 9. of 2026 when testifying under Oath in the Criminal trial of U.S. v. Davin. N. Helman, case No: 6:25 cr.031.01. H. Texas Ranger John Bradford falsely stated (he) collected two seperate paychecks. from the F.B.I and Dept. of Public Safety. Texas Rangers.

However. under this arrangement. the Texas Ranger remains a State employee paid by the Texas Department of Public Safety.

(4)

Moreover, attached exhibit A clearly substantiates. Texas Ranger John Bradford. Stated that prior to being a Texas ranger in abr. of 2019. (He) has been a duly sworn task force officer.

yet. to this day. Texas ranger. John Bradford. The F.B.I. and Suss whitney Onihausen. Can't substantiate

to what active. joint (F.B.I.) task force Texas ranger John Bradford. was assigned to On the date of July 04. 2024. thru May 14. 2025. in regards to the matter of.. U.S. v. Davin M. Halman, case no: 6:25-cr-031-01-H

However. attached exhibit. B.

Clearly substantiates Texas ranger John Bradford. knowing and willfully presented a false affidavit. in a federal judicial procedure.

(5).

<u>Action(s) required.</u>

Prior to July 31. of 2026.

1.) All procedures in the Matter of U.S. v. Davin M. Helman, Case no: 6:25-cl-031-01-H be "Stayed", pending the Outcome of thus (right of review).

Or. the United States be held legally liable for imposing an illegal Sentance based on the factos so Stated.

2.) The F.B.I. and Supa. Whitney Ohlhausen. Show proof. that from the date of July 04. 2024. thru May 14. 2025. Texas Ranger John Bradford. was actually assigned to an active (F.B.I. Joint Task Force.) to investigation thus Matter.

3.) Supa Whitney Ohlhausen disclose the actual (D.P.S. body cam footage) from July 04. 2024. substantiating Texas Ranger John Bradford. Knowing and willfully presented a False affidavit in a Federal Judicial procedure.

(6).

4.) upon carrious. Pursuant to, Title 5. U.S.C. Section. 702. Right. of carrious.

The Matter of U.S. v. Devin A. Holman. 6:25-cr-031-01-H. all charge(s) be dismissed with Prejudice forthwith.

and Texas Ranger John Bradford be charged for (this) action(s).

I. Devin A. Holman, hereby declare under the laws of the United States that the forthgoing is true and correct to the best of my knowledge.

Devin A. Holman.

D. H. H. ©2026.

(7.)

Mr. Kevin M. Harmon.

Reg. No. 82114-511

Core Civic-Eden detention Center.

P.O. Box. 605

Eden. Tx. 76837.

FIRST-CLASS

US POSTAGE

$ 004.02

Attn: Hon. Judge.

James wesley Hendrix.

United States District Court

Northern District of Texas

Lubbock Division

1205. Texas Ave.

Lubbock. Tx. 79401.

Legal Mail.